# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PARNELL EDWARDS | JUDGMENT IN A CIVIL CASE |
| v. | |
| HAROLD CLARKE, et al | CASE NUMBER: C07-5057RJB |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Report and Recommendation of the magistrate judge (Dkt #5) is ADOPTED, and this case is DISMISSED without prejudice.

| | |
|---|---|
| April 4, 2007 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |